UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PETER JAMES CARR,

                Plaintiff,

    v.

RYAN HERRINGTON,

                Defendant.

CASE NO. C20-5794 BHS-TLF

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 18. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Plaintiff's motion to compel Stafford Creek Corrections Center to be in compliance with the Prisoner E-filing Initiative, Dkt. 12, which is construed as a motion for preliminary injunction, is **DENIED**.

Dated this 4th day of March, 2021.

BENJAMIN H. SETTLE
United States District Judge

ORDER